UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE L. HARRIS,

        Plaintiff,

    v.

RON DAVIS, et al.,

        Defendants.

Case No. 17-cv-03269-MEJ (PR)

**JUDGMENT**

      For the reasons set forth in the Order of Dismissal, the Court hereby DISMISSES this action with prejudice. The Clerk of the Court shall enter judgment in favor of defendants and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    September 7, 2017

MARIA-ELENA JAMES
United States Magistrate Judge