UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 17-cv-03269-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 18 |

Good cause appearing, defendant Ron Davis's motion for an extension of time to file a dispositive motion is GRANTED. The Court notes that defendant Kelly Harrington has not yet appeared in this action. The Court is still awaiting a returned summons from the United States Marshal showing whether she was successfully located and served. Accordingly, the briefing schedule set forth in the Court's December 27, 2017 order is VACATED. The Court will issue a new briefing schedule for dispositive motions when both defendants have appeared.

This order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: 6/5/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge