UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. HARRIS,<br>  Plaintiff,<br> v.<br>RON DAVIS, et al.,<br>  Defendants. | Case No. 17-cv-03269-HSG (PR)<br><br>**ORDER STAYING ACTION AND REFERRING FOR EARLY SETTLEMENT PROCEEDINGS** |

Plaintiff, an inmate at San Quentin State Prison ("SQSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. On December 27, 2017, the Court found that plaintiff had stated a claim for violation of his religious rights and ordered service on two defendants, SQSP Warden Ronald Davis and CDCR's former Director of Adult Institutions Kelly Harrington. On September 12, 2018, the Court substitute the current CDCR Director of Adult Institutions, Kathleen Allison, for Kelly Harrington pursuant to Federal Rule of Civil Procedure 25(d). Defendants have been served and have appeared through counsel.

The Court notes that by way of the instant action, plaintiff seeks only injunctive relief in the form of increased access to religious texts. Given the limited nature of the relief sought, the Court finds this action suitable for early settlement proceedings before a magistrate judge.

Accordingly, good cause appearing,

1. The schedule for dispositive motions set forth in the Court's September 12, 2018 order is VACATED. The Court will set a new briefing schedule if the case does not settle.

2. The Court refers this action to Magistrate Judge Robert Illman pursuant to the Pro Se Prisoner Mediation Program for early settlement proceedings. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's

calendar will permit. Magistrate Judge Illman shall coordinate a place, time, and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon.

The Clerk shall forward a copy of this Order to Judge Illman's chambers.

3. The case is STAYED pending the settlement proceedings. The Clerk shall ADMINISTRATIVELY CLOSE the action until further order of the Court.

**IT IS SO ORDERED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge