1    XAVIER BECERRA
     Attorney General of California
2    ADRIANO HRVATIN
     Supervising Deputy Attorney General
3    KYLE A. LEWIS
     Deputy Attorney General
4    State Bar No. 201041
      455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 510-3585
6    Fax: (415) 703-5843
     E-mail: Kyle.Lewis@doj.ca.gov
7    *Attorneys for Defendants*
     *R. Davis and K. Allison*
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13

14   MAURICE L. HARRIS,                        4:17-cv-03269-HSG-RMI

15                              Plaintiff,     JOINT REQUEST REGARDING
                                               FURTHER SETTLEMENT
16          v.                                 CONFERENCE AND PLAINTIFF'S
                                               MOTION FOR SANCTIONS;
17   R. DAVIS, et al.,                         [PROPOSED] ORDER

18                              Defendants.

19

20          Plaintiff Maurice Harris and Defendants Davis and Allison submit the following Joint

21   Request Regarding Further Settlement Conference and Plaintiff's Motion for Sanctions.

22          The parties met at San Quentin State Prison on March 12, 2020. During their meeting, the

23   parties discussed conducting a further settlement conference before Magistrate Judge Robert M.

24   Illman to resolve their differences concerning the issues in this litigation. The parties also

25   discussed Plaintiff's refiled motion for sanctions against Defendants concerning discovery items.

26   (ECF No. 49.)

27          In light of their willingness to continue exploring resolution of the matter, the parties

28   request a further status conference before Magistrate Judge Illman. The parties request that the

                                                  1

settlement conference be scheduled for April or May 2020, or at a time that is convenient for the Court. Furthermore, so that Defendants can search for additional information and documents concerning the issues and the parties can focus on resolving their issues, the parties request that the Court stay briefing on Plaintiff's motion for sanctions. Accordingly, the due date for Defendants' response to the motion, presently set for March 23, 2020, is vacated. If the matter does not resolve at the settlement conference, Defendants' response shall be due 21 days after a notice indicating that the case did not settle is entered on the Court's docket, and Plaintiff's reply shall be due 14 days after Defendants' response is filed.

Dated: March 19, 2020

Respectfully submitted,

_____
Maurice L. Harris, Plaintiff In Pro Se

Dated: March 19, 2020

Respectfully submitted,

_Kyle A. Lewis_
_____
Kyle A. Lewis
Deputy Attorney General
*Attorney for Defendants*
*R. Davis and K. Allison*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' request, the matter is referred to Magistrate Judge Robert M. Illman for a further settlement conference to be conducted in April or May 2020, or at a time that is convenient for the Court's schedule. Briefing on Plaintiffs' motion for sanctions, ECF No. 49, is stayed while the parties further assess settlement. If the matter does not resolve at the settlement conference, Defendants' response shall be due 21 days after a notice indicating that the case did not settle is entered on the Court's docket, and Plaintiff's reply shall be due 14 days after Defendants' response is filed.

IT IS SO ORDERED.

Dated: _____3/20/2020_____

The Honorable Haywood S. Gilliam, Jr.
U. S. District Court

SF2018400847