UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>        Defendants. | Case No. 17-cv-03269-HSG<br><br>**ORDER DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 49 |

Plaintiff, an inmate at San Quentin State Prison ("SQSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. On March 20, 2020, per the parties' request, the Court referred this case to Judge Illman for settlement proceedings. Dkt. No. 51. Prior to the referral, plaintiff filed a motion for sanctions against defendants for failing to provide certain discovery. Dkt. No. 49. It is unclear if the discovery has since been provided. In light of the ongoing settlement proceedings (Dkt Nos. 57, 58), the Court DENIES the pending motion for sanctions without prejudice to re-filing should the settlement proceedings be unsuccessful and if the discovery issue alleged in the motion for sanctions has not yet been resolved at that time.

This order terminates Dkt. No. 49.

**IT IS SO ORDERED.**

Dated: 9/28/2020

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge