| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | ADRIANO HRVATIN<br>Supervising Deputy Attorney General |
| 3 | KYLE A. LEWIS<br>Deputy Attorney General |
| 4 | State Bar No. 201041<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3585 |
| 6 |  Facsimile:  (415) 703-5843<br> E-mail: Kyle.Lewis@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*Kathleen Allison and Ron Davis* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MAURICE L. HARRIS**,<br><br>Plaintiff,<br><br>v.<br><br>**R. DAVIS, et al.**,<br><br>Defendants. | Case No. 4:17-cv-03269-HSG-RMI<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Maurice L. Harris and Defendants Kathleen Allison and Ron Davis have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (4:17-cv-03269-HSG-RMI)

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 11/6/20

MAURICE L. HARRIS
Plaintiff

Dated: 11/6/20

Kyle A. Lewis
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendants Kathleen Allison and
Ron Davis

SF2018400847
42418947.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (4:17-cv-03269-HSG-RMI)

# CERTIFICATE OF SERVICE

Case Name:   *Harris, Maurice L. v. R. Davis, et al.*   Case No.   **4:17-cv-03269-HSG**

I hereby certify that on November 6, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 6, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Maurice L. Harris (K35200)
San Quentin State Prison
1 Main Street
San Quentin, CA 94974
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 6, 2020, at San Francisco, California.

|  |  |
| :---: | :---: |
| G. Pang | */s/ G. Pang* |
| Declarant | Signature |

SF2018400847/42419701.docx