UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RON DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03269-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at San Quentin State Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. The Court referred this the matter for settlement proceedings before Magistrate Judge Robert Illman. Dkt. No. 51. On October 1, 2020, Judge Illman reported that the matter had settled. Dkt. No. 60.

On November 6, 2020, the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice (Fed. R. Civ. P. 41(a)(1)(A)(ii))" signed by both Plaintiff and counsel for Defendants. The signed stipulation states:

> Plaintiff Maurice L. Harris and Defendants Kathleen Allison and Ron Davis have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

ECF No. 61.

Accordingly, having been notified of the settlement,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH PREJUDICE.

1     The Clerk shall send a copy of this order to Judge Illman.

2     **IT IS SO ORDERED.**

3 Dated: 11/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge